1  Jeffrey S. Rugg, Bar No. 10978
   jrugg@bhfs.com
2  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
3  Las Vegas, Nevada 89106
   (702) 382-2101
4
   Attorneys for Defendants
5

6                 UNITED STATES DISTRICT COURT

7                      DISTRICT OF NEVADA

| | |
|---|---|
| MICHELE JOSEPH, an individual and the AMERICAN PATRIOTS ADVOCATING FOR DISABLED RIGHTS, a Nevada corporation, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br>vs.<br><br>PALACE STATION HOTEL AND CASINO, INC, a Nevada corporation, and STATION CASINOS, INC., a Nevada corporation and DOES 1-100, inclusive,<br><br>               Defendants. | Case No. 2:08-CV-01189-JCM-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

     IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs MICHELLE JOSEPH and AMERICAN PATRIOTS ADVOCATING FOR DISABLED RIGHTS ("Plaintiffs"), on the one hand, and Defendants PALACE STATION HOTEL AND CASINO, INC. and STATION CASINOS, INC. ("Defendants"), on the other hand, by and through their respective undersigned counsel, that all claims by Plaintiffs against Defendants in the above-

///

///

///

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

captioned matter shall be dismissed with prejudice, with each party to bear her or its own costs and attorney's fees.

Respectfully submitted this 9th day of February, 2012.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | DAVID OTTO & AFFILIATES, PC |
| /s/ Jeffrey S. Rugg<br>Jeffrey S. Rugg, Esq. Bar No. 10978<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106 | /s/ David J. Otto<br>David J. Otto, Bar No. 5449<br>2300 West Sahara, Suite 800<br>Las Vegas, Nevada 89102 |
| Attorneys for Defendants | Attorneys for Plaintiffs |

### ORDER

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendants in this case is dismissed with prejudice, each party to bear her or its own attorneys' fees and costs.

_____
**United States District Judge**

**Dated:** February 13, 2012

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Jeffrey S. Rugg
Jeffrey S. Rugg, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

Attorneys for Defendants